## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Cogwell, Gregory
Cogwell, Pamela
Printed: 11/25/08

Case Number:  08 B 04383
Judge:  Squires, John H
Filed:  2/26/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  September 17, 2008
Confirmed:  June 18, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,032.06 |  |
| Secured: |  | 1,076.02 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,356.50 |
| Trustee Fee: |  | 308.16 |
| Other Funds: |  | 1,291.38 |
| Totals: | 6,032.06 | 6,032.06 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,356.50 | 3,356.50 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Santander Consumer USA | Secured | 32,843.69 | 750.00 |
| 4. | Midwest Title | Secured | 1,016.50 | 50.00 |
| 5. | Chase Home Finance | Secured | 6,493.90 | 276.02 |
| 6. | Internal Revenue Service | Priority | 5,663.04 | 0.00 |
| 7. | Midwest Title | Unsecured | 67.20 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 70.00 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 114.33 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 111.05 | 0.00 |
| 11. | Pharia LLC | Unsecured | 14.91 | 0.00 |
| 12. | Credit Acceptance Corp | Secured | | No Claim Filed |
| 13. | Credit Acceptance Corp | Unsecured | | No Claim Filed |
| 14. | Midland Credit Management | Unsecured | | No Claim Filed |
| 15. | Credit Management Co. | Unsecured | | No Claim Filed |
| 16. | Foot & Ankle | Unsecured | | No Claim Filed |
| 17. | Drive Financial Services | Unsecured | | No Claim Filed |
| 18. | Ford Motor Credit Corporation | Unsecured | | No Claim Filed |
| 19. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 20. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 21. | Numark Credit Union | Unsecured | | No Claim Filed |
| | | | $ 49,751.12 | $ 4,432.52 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Cogwell, Gregory

Cogwell, Pamela

Printed: 11/25/08

Case Number:  08 B 04383

Judge:  Squires, John H

Filed:  2/26/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|------------|
| 6.5%     | 308.16     |
|          | $ 308.16   |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

